Alfred A. ANDREANO, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7103.

United States Court of Appeals,
Federal Circuit.

Sept. 14, 2010.

Alfred A. Andreano, Rochester, NY, pro se.

David D'Alessandris, Department of Justice, Michael J. Timinski, Brian D. Griffin, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

## ORDER

Alfred A. Andreano moves without opposition to reinstate his appeal.

On August 12, 2010, the court dismissed Andreano's appeal for failing to file his informal brief. Andreano has simultaneously filed his brief with his motion for reinstatement.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The court's August 12, 2010 order is vacated, the court's mandate is recalled and the appeal is reinstated.

(2) The Secretary of Veterans Affairs' brief is due within 21 days from the date of filing of this order.